MIDDLETOWN TOWNSHIP EDUCATION ASSOCIATION v.
BOARD OF EDUCATION OF THE TOWNSHIP OF
MIDDLETOWN, MONMOUTH COUNTY.

September 20, 1983.

Petition for certification denied.

FRONTENAC ASSOCIATES, ETC. v. MARK BENDET.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH FURST.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN DIGILIO.

September 20, 1983.

Petition for certification denied.